# Ex. 1

U.S. Department of Homeland Security        Subject ID: 400605410        **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| EURIZA ALVAREZ, LUIS DANIEL | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| CUBA | | CASE No: WIB2611000001 A220 886 456 | 71 | 206 | laborer |

| U.S. Address | Scars and Marks |
|---|---|
| 4250 FEDERAL DRIVE, BATAVIA, NEW YORK, 14020 | None Indicated |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| 08/19/2022, 1820, 1 mile(s) E of DLR, AFOOT | | XFRCDW9TE | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| REPALTO 2 DE DICIEMBRE  MATANZA, MATANZA, CUBA | OA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 1989        Age: 36 | 11/04/2025 | BUN/WIB | EVANS MILLS, NY | 11/04/2025 1757 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| MATANZA, CUBA | | | MARK KIRLEY |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | IN TRAVEL |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| See Narrative | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | Employee | | Hr  11/01/2022 11/04/2025 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: 1317177251                    I77 #: 16414941                    DNA Envelope #: F4617634

Left Index Print                    Right Index Print

```
ARREST COORDINATES:
--------------------
Latitude:   44.04526
Longitude: -75.74184

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA
```

DANIEL P PECORA JR
Date: 2025.11.05 10:43:21 -05:00
0830249127.CBP

**Border Patrol Agent**

| Alien has been advised of communication privileges | 11/04/2025 DANIEL P PECORA JR Date: 2025.11.05 10:43:24 -05:00 0830249127.CBP  (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| A File CPA/BUN INTEL | Officer: JOSEPH NARCISE |
| | on: November 04, 2025 at 1822 ( time ) |
| | Disposition: Notice to Appear Detained (I-862) |
| | Examining Officer: DANIEL P PECORA JR Date: 2025.11.05 10:42:21 -05:00 0830249127.CBP  (A)/Supervisory Border Patrol Agent |

Form I-213 (Rev. 08/01/07) Y

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____I213_____

| Alien's Name<br>EURIZA ALVAREZ, LUIS DANIEL | File Number<br>A220 886 456<br>Event No:WIB2611000001 | Date<br>11/04/2025 |
|---|---|---|

```
ADDRESS USED ON I-862:
----------------------
Address Type: UNVALIDATED
Address: 4250 FEDERAL DRIVE, BATAVIA, NEW YORK, 14020

SPOUSE NAME AND ADDRESS:
------------------------
Nationality:  CUBA LOPEZ RODRIGUEZ, MARIELA

FATHER NAME AND ADDRESS:
------------------------
Nationality:CUBA EURIZA DIAZ, LAZARO DANIEL


MOTHER NAME AND ADDRESS:
------------------------
Nationality:CUBA ALVAREZ RODRIGUEZ, VEATRIS


RECORDS CHECKED:
----------------
CIS Positive
ABIS Negative
EARM Positive
NCIC Negative
NGI Positive
TECS Negative


CHARGE CODES:
-------------------------
I6A
I7A1

NAME AND ADDRESS OF US EMPLOYER:
-------------------------
EMPLOYER NAME: QUINTANA EXPRESS
SERVICE
TYPE OF EMPLOYMENT: Employee
EMPLOYED FROM/TO: 11/01/2022 - 11/04/2025
EMPLOYER PHONE:  305-766-3826

Other Family/Associates Not in Event:
--------------------------------------
```

| Signature<br>DANIEL P PECORA JR<br>Date: 2025.11.05 10:42:30 -05:00<br>0830249127.CBP | Title<br>Border Patrol Agent |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

EOIR – 2 of 6

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name<br>EURIZA ALVAREZ, LUIS DANIEL | File Number<br>A220 886 456<br>Event No:WIB2611000001 | Date<br>11/04/2025 |
|---|---|---|

```
Father, EURIZA DIAZ, LAZARO,       1964, CUBA
Child, EURIZA LOPEZ, SAMANTHA,      '2002, CUBA
Mother, ALVAREZ RODRIGUEZ, VEATRIS, CUBA
Spouse, LOPEZ RODRIGUEZ, MARIELA, CUBA
```

CONSULATE NOTIFICATION:
-----------------------
THE SUBJECT WAS NOTIFIED OF THEIR RIGHT TO COMMUNICATE WITH A CONSULAR OFFICER FROM
THEIR COUNTRY AS PER ARTICLE 36(1)(b) OF THE VIENNA CONVENTION ON CONSULAR RELATIONS.
THE SUBJECT INDICATED THAT THEY UNDERSTOOD THIS RIGHT BUT DECLINED TO SPEAK WITH SOMEONE AT
THIS TIME.


NARRATIVE:
----------
Encounter:

On 11/04/2025, Border Patrol Agent(s) (BPA) Mark Kirley, from the Wellesley Island Station
(WIB) assigned line-watch duties in ZONE 49 encountered a subject at the Fort Drum Gas
Alley gate located in New York. At approximately 5:20 p.m. (Standard Time), BPA Kirley
encountered EURIZA-Alvarez, Luis.
Initial records checks provided by dispatch (680) to BPA Kirley showed that EURIZA-Alvarez,
Luis was initially apprehended in Del Rio TX 02/20/2022 unlawfully entering the U.S. from
Mexico. EURIZA-Alvarez was served with a Notice to Appear with no scheduled court date or
time given.
EURIZA-Alvarez, Luis submitted his RAPS application 03/21/2022 and requested to adjust
status to LPR 06/06/2023. Both show pending with no court/hearing dates scheduled. EURIZA-
Alvarez, Luis was unable to provide documentation to show that he can remain in the United
States.
EURIZA-Alvarez, Luis was placed under arrest by BPA Kirley at 5:57 p.m. and transported to
WIB for further processing in a marked service unit. Procedures were followed in compliance
with the Customs and Border Protection (CBP) National Standards on Transport, Escort,
Detention, and Search (TEDS) policy. Subject was compliant during the arrest and transport.


Arrest/Apprehension:

After an immigration inspection, it was determined that EURIZA-Alvarez, Luis is a citizen
of Cuba and is illegally present in the United States. EURIZA-Alvarez, Luis stated that his
wife is handling any paperwork, and he is unaware of the current status.




Entry and Travel:

EURIZA-Alvarez, Luis entered Del Rio, Texas on 02/19/2022. EURIZA has been living in
Kissimmee, Florida. He is currently working for a moving company transporting vehicles when
encountered at Fort Drum, NY.

| Signature<br>DANIEL P PECORA JR<br>Date: 2025.11.05 10:42:45 -05:00<br>0830249127.CBP | Title<br><br>Border Patrol Agent |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ I213

| Alien's Name<br>EURIZA ALVAREZ, LUIS DANIEL | File Number<br>A220 886 456<br>Event No:WIB2611000001 | Date<br>11/04/2025 |
|---|---|---|

Records Checks:
Records checks were performed through electronic enrollment into e3 Biometrics which contains IDENT, IAFIS, and NGI. These systems returned the following for immigration and criminal history:

No criminal History

Automated Biometric Identification Systems (ABIS): (OTM's only) Cleared, returned with no hit found and was completed in the e3 System.
Border Encounter Vetting Program (BEVP) - Cleared.

TPS Countries: Subject is from Cuba which does not qualify for temporary protected status.

Immigration History:
EURIZA-Alvarez, Luis entered on 02/19/2022 and was processed as an NTA - Notice to Appear Released (I-862).
EURIZA-Alvarez, Luis states that he does not have petitions pending or approved before U.S. Citizenship and Immigration Services (USCIS).

Notice of Rights:
Administrative rights: At the Station, EURIZA-Alvarez, Luis was advised of his administrative rights in removal proceedings. EURIZA-Alvarez, Luis acknowledged understanding of these rights. EURIZA-Alvarez, Luis claimed to be a citizen and national of Cuba without the necessary legal documents to enter, pass through, or to remain in the United States.

Violation:
8 USC 1182 ALIEN INADMISSIBILTY UNDER SECTION 212.
EURIZA-Alvarez, Luis is being charged with:
8 USC 1182 Alien Inadmissibility Under 212,
212a6Ai Alien Present without Admission or Parole
212a7AiI Immigrant without an Immigrant Visa.

Prosecutions Referral:
Subject will not be presented for Criminal Prosecution for CHARGE(s) through the United States Attorney's Office, Northern District.

Prosecutions:
No Charges

Credible Fear:
SUBJECT states that he does not have fear of returning to their native country of Cuba.

Health:
As EURIZA-Alvarez, Luis was received at the processing station, protocols were observed in compliance with the CBP National Standards on Transport, Escort, Detention, and Search policy. A risk assessment was conducted prior to placing EURIZA-Alvarez, Luis in a holding room. EURIZA-Alvarez, Luis claims to be in good health.

| Signature<br>DANIEL P PECORA JR<br>Date: 2025.11.05 10:42:50 -05:00<br>0830249127.CBP | Title<br>Border Patrol Agent |
|---|---|

__4__ of __6__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____I213_____

| Alien's Name | File Number | Date |
|---|---|---|
| EURIZA ALVAREZ, LUIS DANIEL | A220 886 456<br>Event No:WIB2611000001 | 11/04/2025 |

A CBP 2500 was completed, and any health issues were annotated.

Property:
Subject was in possession of personal effects.
Property was inventoried and placed in property room and identified with I-77 #16414941 and secured in locker #32.
Subject had no currency in his possession.

Phone Call / Consular Notification:
On 11/04/2025 EURIZA-Alvarez, Luis was notified, in the Spanish language, of their right to speak with a consular officer of Cuba in accordance with Article 36 of the Vienna Convention on Consular Relations.  Subject acknowledged that they understood these rights and declined to have the Cuba consulate notified of their detention. Electronic notification was made by WIB agents to consulate of Cuba and a placed in his file.

Disposition:
Warrant of Arrest- Notice to Appear DT (Detained)
EURIZA-Alvarez, Luis is being charged with:
8 USC 1182 Alien Inadmissibility Under 212,
212a6Ai Alien Present without Admission or Parole
 212a7AiI Immigrant without an Immigrant Visa
All necessary forms to initiate WA/NTA DT proceedings were served on subject.
EURIZA-Alvarez, Luis was provided copies of forms I-862 (Notice to Appear), I-826 (Notice of Rights and Request for Disposition) and a list of free legal services.
I-210 (Voluntary Departure): Subject does not qualify. Subject cannot be repatriated to Cuba, in lieu of section 240 removal proceedings.

DHS 1815 (Notice of Fee Assessment): Applies; Tracking # F260021622
DHS 281 (Notice of intention to fine): Applies.

EURIZA-Alvarez, Luis was approved for bedspace and will be transferred to the custody of Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) agents, per agency guidelines.

Subject has the following identification/documents in their possession:
Florida DL # E611-248-76-700-0; expires 01/15/2029
EAD # IOE9766073230; expires 01/02/2030

Intelligence:
Buffalo Sector Intelligence Unit was notified of apprehension. An interview was conducted by an SIU BPA at WIB. Any notes will be entered into the Intelligence Reporting System-Next Generation's (IRS-NG) Seizure and Apprehension Workflow (SaaW).

Seizures:
No seizures are associated with this event.

Other Information / Enhanced Collection Efforts:

| Signature | Title |
|---|---|
| DANIEL P PECORA JR<br>Date: 2025.11.05 10:42:55 -05:00<br>0830249127.CBP | Border Patrol Agent |

_____5_____ of ___6___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____I213_____

| Alien's Name EURIZA ALVAREZ, LUIS DANIEL | File Number A220 886 456 Event No:WIB2611000001 | Date 11/04/2025 |
|---|---|---|

Smuggler: No claim

Fraudulent Documents: No claim to using Fraudulent Documents to enter the United States.

Operation Abracadabra / Enhanced Collection Effort:
Illegal Alien Contacts:
Relatives in the US:  Mother, Father, Sister, Nephew, Cousin, Wife, Daughter
Known contacts or close friends in US: No friends, only known contact is Yeniel
Quintana/Employer
Business associates or prior employers in the US:  Quintana Express Service, No other prior
employers

 Crypto Banking:
Possession/usage of crypto wallet(s): No
Name/type of crypto wallet application or devices: N/A
Crypto wallet ID(s): N/A

 Specific Biographic Information:
City and State (traveled from): Orlando, Florida
Phone Number: 689-223-0307
Email: Luiseurizaalvarez@gmail.com
Social Media Profiles: Tiktok- Luis89, Instagram- Luis Daniel Euriza Alvarez
US Destination: Fort Drum, NY
US POC and selector data: Mariela Lopez Rodriguez 407-615-9635
US Employer: Quintana Express Service
Purpose of travel to the United States: In my country, there is a dictatorship.
Previous Military Service: 2 years of mandatory military service in Cuba.
Gang/Cartel Affiliations: No.

| Signature DANIEL P PECORA JR Date: 2025.11.05 10:43:00 -05:00 0830249127.CBP | Title Border Patrol Agent |
|---|---|

_____6_____ of _____6_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

EOIR – 6 of 6

# Ex. 2

Uploaded on: 12/04/2025 at 11:44:45 AM (Eastern Standard Time) - Base City (U.S

Allegations: Admit1, 2, 5 Amend 3 - 2/19/2022 Texas Deny 4 | Charges: Admit visa. Deny paroled. Court sustains all
Designated Country: CUBA |

<table>
<tr><td></td><td>DEPARTMENT OF HOMELAND SECURITY<br>**NOTICE TO APPEAR**</td><td>**DOB: 01/09/1989**</td></tr>
</table>

**Event No: WIB2611000001**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 400605410

FINS: 1317177251                    File No: 220 886 456

In the Matter of:

Respondent:   **LUIS DANIEL EURIZA ALVAREZ** _____ currently residing at:

**4250 FEDERAL DRIVE BATAVIA, NEW YORK 14020** _____     **(689) 223-0307**
(Number, street, city, state and ZIP code)                    (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. **You are not a national or citizen of the United States;**

2. **You are a native of CUBA and a citizen of CUBA ;**

3. **You arrived in the United States at or near UNKNOWN PLACE, on or about UNKNOWN DATE;**

4. **You were not then admitted or paroled after inspection by an Immigration Officer.**

5. **You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the    See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

   **See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:        ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

**4250 FEDERAL DR, RM F108,  BATAVIA, NEW YORK 14020. EOIR SPC Batavia, NY** _____
(Complete Address of Immigration Court, including Room Number, if any)

on   **January 5, 2026**  at _____ **9:30 am** _____ to show why you should not be removed from the United States based on the
        (Date)              (Time)

charge(s) set forth above. _____    **M 7776 EDWARDS - SDDO**
                                  (Signature and Title of Issuing Officer)

Date:  **November 21, 2025** _____        **Batavia, New York**
                                              (City and State)

DHS Form I-862 (6/22)                                              Page 1 of 4

Allegations: Admit 1, 2, 5 Amend 3 - 2/19/2022 Texas Deny 4 | Charges: Admit visa; Deny paroled. Court sustains all
Designated Country: CUBA |

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at www.uscis.gov/i-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____      _____
_(Signature of Respondent)_

_(Signature and Title of Immigration Officer)_      Date: _____

### Certificate of Service

This Notice To Appear was served on the respondent by me on **November 21, 2025**, in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person    ☐ by certified mail, returned receipt # _____ requested    ☐ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the **SPANISH** _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

X _____      _____ **MULVEY, M D11449 MULVEY - Deportation Officer**
_(Signature of Respondent if Personally Served)_      _(Signature and Title of officer)_

DHS Form I-862 (6/22)          Page 2 of 4

Allegations: Admit1, 2, 5 Amend 3 - 2/19/2022 Texas Deny 4 | Charges: Admit visa; Deny paroled. Court sustains all
Designated Country: CUBA |

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

EOIR - 3 of 5

Uploaded on: 12/04/2025 at 11:44:45 AM (Eastern Standard Time) | Base City: U.S.

Case 9.26-cv-00058-AJB    Document 1-1    Filed 01/12/26    Page 12 of 12

Allegations: Admit1, 2, 5 Amend 3 - 2/19/2022 Texas Deny 4 | Charges: Admit visa, Deny paroled. Court sustains all
Designated Country: Cuba

U.S. Department of Homeland Security

**Continuation Page for Form** I-862

| Alien's Name<br>**EURIZA ALVAREZ, LUIS DANIEL** | File Number<br>**220 886 456**<br>**Event No: WIB2611000001** | Date<br>**11/21/2025** |
|---|---|---|

```
THE SERVICE ALLEGES THAT YOU:
-----------------------------------------------------------------


Immigration and Nationality Act;


ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED
STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
-----------------------------------------------------------------

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien
present in the United States without being admitted or paroled, or who arrived in the United
States at any time or place other than as designated by the Attorney General.

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant
who, at the time of application for admission, is not in possession of a valid unexpired
immigrant visa, reentry permit, border crossing card, or other valid entry document required
by the Act, and a valid unexpired passport, or other suitable travel document, or document
of identity and nationality as required under the regulations issued by the Attorney General
under section 211(a) of the Act.
```

| Signature<br>**M 7776 EDWARDS** | Title<br>**SDDO** |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)