UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LUIS DANIEL EURIZA ALVAREZ,

                            Petitioner,

    v.                                                                   9:26-CV-0058
                                                                                         (AJB)

MICHAEL PHILIPS, Acting Field Office Director of
Immigration and Customs Enforcement, Enforcement and
Removal Operations, Buffalo Field Office; KRISTI NOEM,
Secretary of the United States Department of Homeland
Security; PAMELA BONDI, United States Attorney General,

                            Respondents.

---

APPEARANCES:                                                    OF COUNSEL:

YACUB LAW OFFICES                                 IVAN YACUB, ESQ.
Counsel for Petitioner
12761 Darby Brooke Court
Suite 102
Woodbridge, Virginia 22192

ANTHONY J. BRINDISI
United States District Judge

## DECISION and ORDER

      Petitioner Luis Daniel Euriza Alvarez seeks federal habeas corpus relief, by and through counsel, pursuant to 28 U.S.C. § 2241.  Dkt. No. 1, Petition ("Pet.").[1]  Petitioner has also remitted the statutory filing fee.  Dkt. Entry for Pet. dated 01/12/26 (memorializing receipt information for filing fee transaction).  Petitioner also filed an Order to Show Cause, seeking an expedited briefing schedule.  Dkt. No. 5, OTSC.

---

[1] For the sake of clarity, citations to petitioner's filings refer to the pagination generated by CM/ECF, the Court's electronic filing system.

Petitioner, a Cuban citizen, has been living in the United States since February 19, 2022.  Pet. at 1 (¶1), 3 (¶11), 8 (¶ 38).  After entering the United States, through a port of entry in Texas, federal officers from Immigration and Customs Enforcement ("ICE") processed and released the petitioner.  Pet. at 8 (¶ 38).  After his release, petitioner established a stable residence with his family and was employed as a truck driver.  Pet. at 8-9 (¶ 39).

Petitioner was apprehended by federal authorities, on or about November 21, 2025, while he completed a work task – a vehicle pick up at Fort Drum – and was later taken to Broome County Correctional Facility where he has remained in custody.  Pet. at 1 (¶2), 9 (¶42).  On December 18, 2025, petitioner filed an application for asylum with the immigration court in Napanoch, New York.  Pet. at 9 (¶ 43).

Petitioner argues that he is entitled to federal habeas relief because, on two separate occasions, an immigration judge wrongly denied his request for release from custody.  Pet. at 9 (¶ 44).  This unlawful denial violates (1) 8 U.S.C. § 1226(a); (2) the Administrative Procedure Act; (3) the Due Process Clause; and (4) the recent Central District of California decisions in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-1873 (C.D. Cal).  Pet. at 9-11 (¶¶ 45-56); *see also* Pet. at 2-3 (¶¶ 4-7), Pet. at 4-8 (¶¶ 15-37) (explaining how recent federal policy violates the federal statutory scheme).

Petitioner requests that this Court (1) declare the refusal to provide petitioner with a bond hearing unlawful; (2) decide that petitioner is entitled to a bond hearing as a *Maldonado Bautista* class member; (3) provide the bond hearing within a week or immediately release petitioner from immigration custody; (4) set aside the respondent's unlawful detention policy; and (5) provide any other relief that the Court deems just and appropriate.  Pet. at 11-12.

Based upon an initial review, and given the nature of the claims, respondent must file an expedited answer.

**ORDERED** that the Clerk serve copies of this Decision and Order, along with the Petition and the Order to Show Cause upon the (1) United States Attorney for the Northern District of New York; (2) United States Attorney General; and (3) United States Immigration and Customs Enforcement in accordance with the Local Rules; and it is

**ORDERED** that the respondents shall file and serve an answer to the petition, and provide the Court with the relevant records,[2] **within fourteen (14) days** of the date of this Decision and Order; and it is

**ORDERED** that petitioner may, but is not required to, file a reply **within seven (7) days** of the filing date of respondent's answer.  If petitioner chooses to file a reply, it must not exceed fifteen (15) pages in length, excluding exhibits, and the arguments contained in the reply shall be limited to addressing the arguments raised by the respondent in his answer and memorandum of law in opposition to the petition.  This Court will not consider any new grounds for relief or other legal theories asserted by petitioner in his reply that were not previously asserted by him in his petition.  If petitioner fails to file a reply or a request for extension of time within seven (7) days of the filing date of respondent's papers, he may forfeit his opportunity to file a reply; and it is

**ORDERED** that upon the filing of the reply, if any, or after the deadline to file a reply expires, the Clerk shall forward the file to the Court for further review; and it is

**ORDERED** that the parties shall file all pleadings, motions or other documents relating to this action with the Clerk of the United States District Court, Northern District of New York,

---

[2]  The records must be arranged in chronological order, sequentially numbered, and conform fully with the requirements of Section XIII, Rule 1.1 of the Local Rules.

James Hanley U.S. Courthouse & Federal Building, 7th Floor, 100 South Clinton Street, Syracuse, New York 13261-7367.  The parties must accompany any document filed with the Court with a certificate setting forth the date on which they mailed a true and correct copy to all opposing parties or their counsel.  The Court will strike any filing that does not include a proper certificate of service.  Petitioner must comply with any requests by the Clerk's Office for any documents that are necessary to maintain this action.  Petitioner must also promptly notify the Clerk's Office and all parties or their counsel of any change in his address.  His failure to do so will result in the dismissal of this action; and it is further

    **ORDERED** that the Clerk serve a copy of this Decision and Order upon petitioner in accordance with the Local Rules.

Dated: January 21, 2026
       Utica, New York.

Anthony J. Brindisi
U.S. District Judge

4